# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2018

## NO. 03-18-00481-CR

## Ex parte Tallion Kyle Taylor

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.